IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00253–EWN–OES

DONALD HOMAN,

    Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC.,
A Colorado Corporation;
KIRK WELSCH, individually and in his capacity
as President of Alternative Revenue Systems;
ALDO BUTTIGLIONE, individually,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulation for Dismissal With Prejudice" filed August 30, 2005. The court having read the stipulation filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  1st  day of September, 2005.

                              BY THE COURT:

                              s/Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge